UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDRE R. DEGARZA, | § |
| | § |
|     Plaintiff, | § |
| | § |
| VS. | § |
| | § ACTION NO. 05-MC-0349 |
| CITY OF HOUSTON | § |
| and | § |
| KAREN SINGER, | § |
| | § |
|     Defendants. | § |

## MEMORANDUM AND ORDER

Plaintiff filed his Complaint in this case on August 26, 2005. He has not yet submitted proof that Defendants were served with copies of the Complaint within 120 days of its filing. Accordingly, the Court hereby **ORDERS** Plaintiff to submit such proof within ten (10) days of the issuance of this Memorandum and Order.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 31st day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1