**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANDRE R. DEGARZA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | |
| | § | **ACTION NO. 05-MC-0349** |
| **CITY OF HOUSTON** | § | |
| **and** | § | |
| **KAREN SINGER,** | § | |
| | § | |
| **Defendants.** | § | |

**MEMORANDUM AND ORDER**

On March 31, 2006, this Court ordered Plaintiff to submit proof of service within

ten (10) days.  Plaintiff failed to comply with that Order.  Accordingly, and pursuant to

FED. R. CIV. P. 4(m), this case is hereby **DISMISSED WITHOUT PREJUDICE TO**

**REFILING**.

    **IT IS SO ORDERED**.

    **SIGNED** at Houston, Texas, on this the 12th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES**
**THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY**
**OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH**
**THEY MAY HAVE BEEN SENT ONE BY THE COURT.**